# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ELLEN WOOLFOLK,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, PAUL CANNON, Principal of
P.S. 140X, KEVIN GREEN, Assistant Principal
of P.S. 140X, and MALCOLM MCDOWELL,
Assistant Principal of P.S. 72X,

                Defendants.

-----------------------------------------------------------X



19 CIVIL 3706 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2020, Plaintiff's claims under the ADEA are dismissed, as well as her claims under the NYSHRL and the NYCHRL as to Defendants DOE, Cannon, and Green, with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's claims under the NYSHRL or the NYCHRL as to Defendant McDowell; accordingly, the case is closed.

**Dated:** New York, New York
          March 18, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

           **BY:**

                                          **Deputy Clerk**